DILWORTH et al. v. ED. STEVES & SONS.

(Supreme Court of Texas.　March 10, 1915.)

APPEAL AND ERROR ☞387—APPELLATE JU-
RISDICTION—NECESSITY OF BOND—TIME OF
FILING.

　　An appeal bond, filed in the trial court
more than 20 days after the term, being too late
under Rev. St. 1911, art. 2084, the Court of Ap-
peals was without jurisdiction of the appeal, as
was the Supreme Court on writ of error.

　　[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 2064–2070; Dec. Dig. ☞
387.]

　　Error to Court of Civil Appeals of the
Fourth Supreme Judicial District.

　　Action by Ed. Steves & Sons against R.
S. Dilworth and others.　From a judgment
for plaintiff, defendants appealed to the
Court of Appeals, and, on judgment of af-
firmance there (169 S. W. 630), apply for
writ of error.　Application dismissed.

　　PHILLIPS, J.　The case was tried in the
district court of Bexar county for the Seven-
ty-Third judicial district at a term begin-
ning October 6, 1913, and ending November
29, 1913, and which could not by law con-
tinue more than eight weeks.　The appeal
bond of the plaintiffs in error was filed in
the trial court December 29, 1913, more than
20 days after the expiration of the term.
It was therefore filed too late.　R. S. art.
2084.　The matter does not appear to have
been brought to the attention of the Court
of Civil Appeals; but, the bond not having
been filed in time, it was without jurisdiction
of the appeal, as is this court of the ap-
plication for writ of error, which is ac-
cordingly dismissed.　El Paso & Northeastern
Railway Co. v. Whatley, 99 Tex. 128, 87 S.
W. 819.